IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 12 C 7118 |
| FLOORS INCORPORATED, an Illinois corporation, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, FLOORS INCORPORATED, an Illinois corporation, in the total amount of $2,814.75, which includes Plaintiffs' court costs and reasonable attorneys' fees.

On September 17, 2012, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Carol Dushane, Office Manager) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 8, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Patrick N. Ryan

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of December 2013:

   Mr. John N. Byrnes, Registered Agent/President
   Floors Incorporated
   1341 Cobblestone Way
   Woodstock, IL   60098


          /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Floors Inc\motion.pnr.df.wpd